UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**THOMAS W. RIDINGS**,

Debtor.

Case No. **15-60651-13**

**O R D E R**

At Butte in said District this 4th day of September, 2015.

In this Chapter 13 case hearings were held at Missoula on September 3, 2015, on confirmation of Debtors' Plan and on the Chapter 13 Trustee's Objection (Document No. 7) to Proof of Claim No. 3 filed by Credit Systems. No response was filed, and no appearance was made at the hearing by or on behalf of Credit Systems. The Chapter 13 Trustee Robert G. Drummond appeared and moved to continue the hearing on confirmation because the § 341 meeting has not been concluded. The Trustee stated that Proof of Claim No. 3 was based on a claim which is outside the applicable 5-year statute of limitations and is unenforceable.

Based on the representations of counsel the Court continued the confirmation hearing to October 8, 2015. The Court sustained the Trustee's Objection to Proof of Claim No. 3 and disallowed Proof of Claim No. 3 at the hearing.

**IT IS ORDERED** and **NOTICE IS HEREBY GIVEN** the hearing on confirmation of Debtor's Chapter 13 Plan and any objection thereto will be held on **Thursday, October 8, 2015, at 9:00 a.m.**, or as soon thereafter as counsel can be heard, in the **BANKRUPTCY**

1

**COURTROOM #200A, RUSSELL SMITH COURTHOUSE, 201 E. BROADWAY, MISSOULA, MT**; and the parties shall file and exchange lists of witnesses and exhibits, duly marked, not less than three (3) business days prior to the hearing, the failure of which may result in exclusion of witness testimony and/or exhibits by the Court.

  **IT IS FURTHER ORDERED** the Chapter 13 Trustee's Objection to Proof of Claim No. 3, filed July 30, 2015, is **SUSTAINED;** and Proof of Claim No. 3 filed by Credit Systems on July 24, 2015, is **DISALLOWED**.

_____
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge