Benjamin P. Hursh (7048)
Kenneth K. Lay (7052)
CROWLEY FLECK PLLP
305 S. 4th Street E., Ste. 100
P. O. Box 7099
Missoula, MT  59807-7099
Telephone: (406) 523-3600
Facsimile: (406) 523-3636
E-mail:  bhursh@crowleyfleck.com
*Attorneys for CIT Bank N.A. (formerly known as OneWest Bank N.A.)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE: | Case No. 15-60651 |
|---|---|
| THOMAS W. RIDINGS, | |
| Debtor. | |

**STIPULATION TO CONTINUE HEARING**
_____

COMES NOW Creditor, CIT Bank N.A. (formerly known as OneWest Bank N.A.), by and through its attorney, Benjamin P. Hursh, counsel for Debtor, Thomas W. Ridings, Jessie Lundberg and Chapter 13 Trustee, Robert G. Drummond and respectfully moves the Court for an order to continue the confirmation hearing and hearing on Debtor's Objection to Proof of Claim No. 4, in this matter, currently set for Thursday, March 10, 2016, at 9:00 a.m. in Missoula.  The reason for this request is that Debtor's counsel, counsel for CIT Bank, and special counsel for the bankruptcy estate are currently engaged in negotiations regarding CIT Bank's Proof of Claim, Debtor's

1

objection to CIT Bank's Proof of Claim and potential amendment to the Chapter 13 Plan. The Parties have agreed to the following schedule:

- Debtor has to and through March 18, 2016, to propose a modified Plan; and

- Any objection to the Plan must be filed on or before March 25, 2016.

WHEREFORE, the undersigned moves the Court for an Order continuing the confirmation hearing and hearing on Debtor's objection to Proof of Claim No. 4 to April 7, 2016.

Dated this 4th of March, 2016.

CROWLEY FLECK PLLP

/s/ Benjamin P. Hursh
Crowley Fleck PLLP
*Attorneys for CIT Bank, N.A. (formerly known as OneWest Bank, N.A.*

Dated this 4th of March, 2016.

LUNDBERG LAW OFFICE PLLC

/s/ Jessie Lundberg
*Attorneys for Debtor*

Dated this 4th of March, 2016.

/s/ Robert G. Drummond
*Chapter 13 Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that on March 4, 2016 a copy of the foregoing pleading was served (i) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail to the following parties: None.

      /s/ Benjamin P. Hursh
Crowley Fleck PLLP
*Attorneys for CIT Bank, N.A. (formerly known as OneWest Bank, N.A.)*