Benjamin P. Hursh (7048)
Kenneth K. Lay (7052)
CROWLEY FLECK PLLP
305 S. 4th Street E., Ste. 100
P. O. Box 7099
Missoula, MT  59807-7099
Telephone: (406) 523-3600
Facsimile: (406) 523-3636
E-mail:  bhursh@crowleyfleck.com
*Attorneys for CIT Bank N.A. (formerly known as OneWest Bank N.A.)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>THOMAS W. RIDINGS,<br><br>Debtor. | Case No. 15-60651 |

**STIPULATION TO CONTINUE HEARING**
_____

COMES NOW Creditor, CIT Bank, N.A. (formerly known as OneWest Bank N.A.), by and through its attorney, Benjamin P. Hursh, counsel for Debtor, Thomas W. Ridings, Jessie Lundberg and Chapter 13 Trustee, Robert G. Drummond and respectfully moves the Court for an order to continue the confirmation hearing and hearing on Debtor's Objection to Proof of Claim No. 4, in this matter, currently set for Thursday, May 5, 2016, at 9:00 a.m. in Missoula.

The reason for this request is that the parties are reviewing and conferring on the terms of a compromise on the objection to Proof of Claim and the implementation of terms for payment of arrearages under an amended plan.  The terms of the compromise, if

1

agreed to and finalized, would resolve all proof of claim and plan confirmation issues currently in dispute between CIT Bank and Debtor.

The Parties have agreed to the following schedule:

- Debtor has to and through May 12, 2016, to propose a modified Plan; and

- Any objection to the Plan must be filed on or before May 19, 2016.

WHEREFORE, the undersigned moves the Court for an Order continuing the confirmation hearing and hearing on Debtor's objection to Proof of Claim No. 4 to June 2, 2016.

Dated this 2nd of May, 2016.

                CROWLEY FLECK PLLP

                /s/ Benjamin P. Hursh
                Crowley Fleck PLLP
                *Attorneys for CIT Bank, N.A. (formerly known as OneWest Bank, N.A.*

Dated this 2nd of May, 2016.

                LUNDBERG LAW OFFICE PLLC

                /s/ Jessie Lundberg
                *Attorneys for Debtor*

Dated this 2nd of May, 2016.

                /s/ Robert G. Drummond
                *Chapter 13 Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that on May 2, 2016 a copy of the foregoing pleading was served (i) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail to the following parties: None.

    /s/ Benjamin P. Hursh
Crowley Fleck PLLP
*Attorneys for CIT Bank, N.A. (formerly known as OneWest Bank, N.A.)*