Form oc13p

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**
**400 NORTH MAIN; ROOM 303**
**BUTTE, MT 59703**

| | | |
|---|---|---|
| **In Re:** | THOMAS W. RIDINGS<br>SSN: xxx–xx–0676 | **Case No:**<br>15−60651−RBK |
| | **Debtor.** | **Chapter:** 13 |

### ORDER CONFIRMING CHAPTER 13 PLAN

    The Debtor(s) Plan was filed on 8/14/15 AND AMENDED ON 11/2/15, 4/17/16 ,5/27/16 AND 6/16/16. . A summary of the Plan, or a summary of the final modification of the Plan, was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the plan meets the requirements of 11 U.S.C. Sec. 1325.

    IT IS ORDERED that the Debtor(s) Chapter 13 Plan is confirmed, with the following provisions:

1. **Payments:**
   a. Amount of each payment: 1700.00 PER MONTH FOR 10 MONTHS, 1950 FOR 26 MONTHS AND 2300 FOR 24 MONTHS.
   b. Due Date of each payment: 14TH OF EACH MONTH.
   c. Period of payment: 60 MONTHS.
   d. Payable to Standing Trustee : ROBERT G. DRUMMOND

2. **Attorney's Fees:**
   a. The Debtor Attorney is awarded a fee in the amount of , of which is due and payable from the estate.

3. **Other provisions as needed:**
   1. Pursuant to 11 U.S.C. Sec. 1325(c) any entity from whom the Debtor receive(s) income shall withhold the monthly payments required under the Debtor's Plan and pay such payments to the Standing Chapter 13 Trustee, unless waived by court order.
   2. In the event of any default under the plan, the court may dismiss or convert this case to Chapter 7 without further notice or hearing.
   3. SEE PLAN FILED 6/16/16.

Dated: 7/5/16

                                            By the Court

                                            *Ralph B Kirscher*

                                            United States Bankruptcy Judge
                                            District of Montana